

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00168-CV

| | | |
|---|---|---|
| BNSF Railway Company (Individually and as Successor-in-Interest to the Burlington Northern, Inc., Burlington Northern & Santa Fe Railway Company and Atchison Topeka and Santa Fe Railway Company) | § | From the 48th District Court |
| | § | of Tarrant County (048-267301-13) |
| | § | March 29, 2018 |
| | § | Opinion by Justice Gabriel |
| v. | | |
| Leonard A. Baca | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying BNSF Railway Company's motion to exclude is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Leonard A. Baca shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel